AO 442

**FILE**

JAN 0 3 2023

CLERK, U.S. DISTRIC
SOUTHERN DISTRICT OF          NIA
BY                          DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**V.**

Ashley Marie Villasenor (1), aka "Ashley
Villasenor"

**WARRANT FOR ARREST**

Case Number:  18cr4974-CAB-1

**NOT FOR PUBLIC VIEW**

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Ashley Marie Villasenor (1), aka "Ashley Villasenor"
                                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition
                                                                                      ☐ Pretrial Violation

charging him or her with (brief description of offense):

RECEIVED
U.S. MARSHALS-S/CA
21 AUG 27  PM 1:30

DATE:
ARRESTED BY:
STEVEN C. STAFFORD
U.S. MARSHAL
BY:

In violation of Title   See Above   United States Code, Section(s) _____

John Morrill                          Clerk of the Court
Name of Issuing Officer               Title of Issuing Officer

s/ S. Yeager                          Aug. 27, 2021, San Diego, CA
Signature of Deputy                   Date and Location

Bail fixed at $        No Bail        by     The Honorable Cathy Ann Bencivengo
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |